# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 09, 2013

Mr. Harry Bradford Calvit
Provosty Sadler deLaunay Fiorenza & Sobel
934 3rd Street
Suite 800
Alexandria, LA 71301

Mr. Timothy R. Richardson
Usry, Weeks & Matthews, A.P.L.C.
1615 Poydras Street
New Orleans, LA 70112-1223

    No. 13-30373,    Kent Rader v. Misty Cowart, et al
        USDC No. 1:09-CV-1872

We have docketed the appeal as shown above, and ask you to use the case number in future inquiries. You can obtain a copy of our briefing checklist on the Fifth Circuit's Website "www.ca5.uscourts.gov/clerk/docs/brchecklist.pdf".

<u>Briefing Notice.</u>  The record is complete for purposes of the appeal, see FED. R. APP. P. 12. Appellant's brief and record excerpts are due within 40 days of the date shown above, see FED. R. APP. P. & 5TH CIR. R. 28, 30, and 31. See also 5TH CIR. R. 30.1.2 and 5TH CIR. R. 31.1 to determine if you have to file electronic copies of the brief and record excerpts. [If required, **electronic copies MUST be in Portable Document Format (PDF).]**

<u>Policy on Extensions.</u>  The court grants extensions sparingly and under the criteria of 5TH CIR. R. 31.4. You must contact opposing counsel and tell us if the extension is opposed or not. 5TH CIR. R. 31.4 and the Internal Operating Procedures following rules 27 and 31 state that except in the most extraordinary circumstances, the <u>maximum</u> extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

<u>Reply Brief.</u>  We do not send cases to the court until all briefs are filed, except in criminal appeals. Reply briefs must be filed within the 14 day period of FED. R. APP. P. 31(a)(1). See 5TH CIR. R. 31.1 to determine if you have to file electronic copies of the brief, and the format.

**Brief Covers.**  THE CASE CAPTION(S) ON BRIEF COVERS MUST BE EXACTLY THE SAME AS THE CASE CAPTION(S) ON THE ENCLOSED TITLE CAPTION SHEET(S). **YOU WILL HAVE TO CORRECT ANY MODIFICATIONS YOU**

**MAKE TO THE CAPTION(S) BEFORE WE SUBMIT YOUR BRIEF TO THE COURT.**

<u>Dismissal of Appeals.</u>  The clerk may dismiss appeals **without notice** if you do not file a brief on time.

<u>Appearance Form.</u>  If you have not electronically filed a "Form for Appearance of Counsel" as required by 5ᵀᴴ Cɪʀ. R. 46, you must do so within 14 days from this date.  You must name each party you represent, See Fᴇᴅ. R. Aᴘᴘ. P. 12(b) and 5ᵀᴴ Cɪʀ. R. 12.  The form is available from the Fifth Circuit web site, www.ca5.uscourts.gov. If you fail to electronically file the form we will remove your name from the docket.  Pro se parties do not need to file an appearance form.

To receive the record for preparing your brief, counsel, including CJA attorneys, must provide the appropriate district court with a United Parcel Service, or similar commercial delivery service, account number.  If you wish to receive exhibits, you must specifically request them. The district court will charge your account for shipping you the record on appeal. In the alternative, you may contact a local courier or attorney support services firm to pick up the record and ship it to you. CJA counsel may add these shipping fees to their vouchers.

**Once you obtain the record, you should check it within 14 days of receipt for any missing or incomplete items.  If you need to request a supplemental record or order transcripts, do so promptly.  The court will not grant extensions of time to file your brief because you did not timely check the record.**

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: /s/ Angelique D. Batiste
        Angelique D. Batiste, Deputy Clerk
        504-310-7715

Enclosure(s)

cc w/encl:
  Mr. John Christopher Alexander Sr.

Case No. 13-30373

KENT RADER,

        Plaintiff - Appellee

v.

MISTY COWART; PAT BOOK, Individually and in his official capacity as Warden of Catahoula Corrections Center; LIEUTENANT BOOK; LASALLE MANAGEMENT COMPANY, L.L.C.; JAMES GLEN KELLY, individually and in his official capacity as Sheriff of Catahoula Parish,

        Defendants - Appellants