# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 18, 2013

Mr. Harry Bradford Calvit
Provosty Sadler deLaunay Fiorenza & Sobel
934 3rd Street
Suite 800
Alexandria, LA 71301

    **No. 13-30373    Kent Rader v. Misty Cowart, et al**
                   USDC No. 1:09-CV-1872

We filed your brief. However, it must be corrected within 14 days.

Opposing counsel's briefing time continues to run.

You need to correct or add:

Title on the brief does not agree with the title of the case in compliance with FED. R. APP. P. 32(a)(2)(C). (See attachment)

Once you have prepared your sufficient brief, you must email it to: **Sabrina_Short@ca5.uscourts.gov** for review. If the brief is in compliance, you will receive a notice of docket activity advising you that the sufficient brief has been filed.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                           By: _Sabrina B. Short_
                           Sabrina B. Short, Deputy Clerk
                           504-310-7817

cc:  Mr. John Christopher Alexander Sr.
     Mr. Timothy R. Richardson

KENT RADER,

                Plaintiff - Appellee

v.

MISTY COWART; PAT BOOK, Individually and in his official capacity as Warden of Catahoula Corrections Center; LIEUTENANT BOOK; LASALLE MANAGEMENT COMPANY, L.L.C.; JAMES GLEN KELLY, individually and in his official capacity as Sheriff of Catahoula Parish,

                Defendants - Appellants